DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KIMBERLY ALEXANDER,** et al.,
Appellants,

v.

**FIESTA HOMEOWNERS ASSOCIATION, INC., LORI PRESS-VIDAL, EVA CUDAK, CLAUDE CLARKE, PAT CULLINS, ISABELLA CALDERON,** and **SUNSTATE MANAGEMENT, LLC,**
Appellees.

No. 4D22-2482

[July 27, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE22-000064.

Joseph D. Garrity and George L. Zinkler, III, of Lorium Law, Fort Lauderdale, for appellants.

Scott A. Cole, Craig Minko, and W. Taylor Loe of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***